FILED

02/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0040

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0040

THOMAS KONESKY,

Plaintiff, Counter-Defendant, and Appellant,

v.

KEVIN KELLER; KAREN L. REIFF; CHURCH,
HARRIS, JOHNSON & WILLIAMS, P.C., and JOHN
DOES A-Z;

Defendants, Counter-Plaintiffs, and Appellees,

KEVIN KELLER,

Third-Party Plaintiff,

v.

DONITA KONESKY,

Third-Party Defendant.

FILED

FEB 02 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Plaintiff and Counter-Defendant Thomas Konesky has filed a notice of appeal from the order of the Eighth Judicial District Court, Cause No. BDV-19-0568. The appeal is from an order certified as final by the District Court pursuant to M. R. Civ. P. 54(b).

Pursuant to M. R. App. P. 4(4)(b), we have reviewed the District Court's certification order for compliance with M. R. App. P. 6(6). We conclude the court's certification order is in substantial compliance with the requirements of Rule 6(6) and our case law interpreting certification orders under Rule 54(b).

Therefore,

IT IS ORDERED that this appeal may proceed.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this ⟨2nd⟩ day of January, 2021.

_____

_____

_____

_____

_____
Justices

2